**Court Exhibit 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

      19  -CR-  530   (KMK) ( )

Lance Clarke

      Defendant(s).
-------------------------------------------------------------------X

Defendant _Lance Clarke___ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or _x__ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_x__  Change of Plea Hearing

___/s/ Lance Clarke by JCM on consent___                    _____
Defendant's Signature                                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Lance Clarke                                                 Daniel A. Hochheiser
Print Defendant's Name                                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_10/29/2020_____                                 _____
Date                                                         U.S. District Judge/U.S. Magistrate Judge