**MEMO ENDORSED**

## Law Offices of
## Daniel A. Hochheiser
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

February 17, 2021

Via ECF and email
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  *U.S. v. Lance Clarke*, 19 Cr. 530 (KMK)
     REQUEST FOR ADJOURNMENT OF SENTENCE

Your Honor:

I am assigned counsel to Lance Clarke. His sentence is scheduled for March 11, 2021 at 2 p.m..

Clarke requests an **adjournment** of sentence to a date **on or after April 19, 2021**.

The reason for the request is: Clarke wishes to have his sentence proceeding held in person, in court. An in-person proceeding may not be practical on March 11th given the ongoing COVID-19 pandemic. Even if an in-person sentence were available to Clarke on March 11, I expect that Clarke would be subject to a 14-day quarantine upon return to the MDC-Brooklyn Jail after sentence. Accordingly, I request an adjournment to a date on or after April 19 with a view towards an in-person sentence on a date when Covid is less of an issue.

I have conferred via email with AUSA Lindsey Keenan. The Government does **not** object to this request for adjournment.

Respectfully submitted,

Daniel A. Hochheiser

Cc: AUSA Lindsey Keenan via ECF and email

*Granted. The sentence will be held on 4/23/2021 at 10:00 AM*

SO ORDERED

KENNETH M. KARAS
2/18/2021